IIN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:19-CR-00030-CDL-MSH-1 |
| JOHN CORRIHER | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant *John Corriher* has moved the Court to continue the pre-trial conference presently scheduled for September 5, 2019 and to continue the trial of his case to the January 2020 term of court. The Government does not oppose this motion. Defendant was arraigned on August 22, 2019, and is currently in USMS custody. Additional time is needed for pretrial investigation, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 18] is **GRANTED**, and it is hereby ordered that this case shall be continued to the January 2020 trial term. The pretrial conference will be rescheduled to a date prior to the January 2020 term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **23rd** day of **August, 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND